CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

December 1, 2015

Earnest Olivarrez
No. 02007943
Formby State Jail
998 County Road AA
Plainview, TX 79072

Re:     05-15-00569/00570-CR
        Earnest Olivarrez v. The State of Texas

Dear Mr. Olivarrez:

Your attorney has filed a brief in which she states she has determined your appeals are frivolous and without merit. A copy of that brief is enclosed with this letter.

You have a right, if you so desire, to file a pro se response. Counsel has informed the Court that a copy of the record has been mailed to you. Therefore, we will not separately order that the record be made available to you. If you desire to file a pro se response, you must file it by **January 28, 2016**. Otherwise, your cases will be submitted upon the brief of your attorney.

Sincerely,

/s/     Lisa Matz, Clerk

Enclosure

ltr:mrh